### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TARANCE FRYE** : | |
| : | No. 24-cv-322-JMY |
| : | |
| v. : | |
| : | |
| **MICHAEL ZAKEN**, et al. : | |
| : | |

## ORDER

AND NOW, this 4th day of October, 2024, upon consideration of the Amended Petition for Writ of Habeas Corpus (ECF No. 10), and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 18), to which no party has filed an objection, IT IS ORDERED as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED** and **DENIED**.

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

4. The Clerk of Court is **DIRECTED** to **TRANSMIT** (by mail) copies of this Order to Plaintiff at the mailing address that he has identified on the docket for service of court papers. The Clerk of Court is further **DIRECTED** to mark this matter **CLOSED**.

IT IS SO ORDERED.

BY THE COURT:

　/s/ John Milton Younge　
Judge John Milton Younge